In the Matter of the Appointment of a Committee for the Person and Property of HENRY AMDUR, an Alleged Incompetent. FLORA AMDUR, Appellant; SAMUEL AMDUR et al., Respondents.

Argued February 25, 1946; decided March 7, 1946.

*Robert Seelav* for appellant.

*Howard Simon* and *Sigmund Metz* for respondents.

Order affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE, JJ. MEDALIE, J., deceased.